# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _North Carolina_

_____ Division

Case No. _24cv 735_

_(to be filled in by the Clerk's Office)_

_Mary Johnston_

Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

_United States,
Office of Director of National Intelligence,
Brian Schwalb_

Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

FILED

AUG 30 2024

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By_____

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Mary Johnston_ |
| Street Address | _2119 Glenkirk Drive_ |
| City and County | _Burlington    Alamance_ |
| State and Zip Code | _N.C.   27215_ |
| Telephone Number | _336-663-3931_ |
| E-mail Address | _majohnston851@access.alamancecc.edu_ |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name                  United States

    Job or Title *(if known)*

    Street Address         101 Edgeworth St, 4th Floor

    City and County        Greensboro    Guilford

    State and Zip Code     NC.   27401

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                  Office of Director of National Intelligence

    Job or Title *(if known)*

    Street Address    Office of Director of National Intelligence
                      ATTN: Office of Civil Liberties, Privacy and Transparency

    City and County     Washington

    State and Zip Code     D.C.   20511

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                  Merrick Garland

    Job or Title *(if known)*   US Attorney General

    Street Address         950 Pennsylvania Avenue

    City and County     Washington

    State and Zip Code     D.C.   20530

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment
8th Amendment
14th Amendment

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.  If the plaintiff is a corporation

        The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant,  *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000,000 _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Truth-serum, torture, 4th Amendment violation, 8th Amendment violation, 14th Amendment violation, sexual assault, assault, defamation, and privacy violations.

See Additional Pages for description of claim.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,000,000,000
Secret service protection for me and my family for the rest of our lives. To be able to live in Washington, D.C. in their community where they have secret service or to have protection at my home whereever I live. I am requesting that my unsupervised probation be terminated.
I am requesting that my two hospitalizations do not have to be disclosed

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/30/24

Signature of Plaintiff        *Mary Johnston*

Printed Name of Plaintiff        *Mary Johnston*

### B.     For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| Office of Director of National Intelligence | Mary Johnston<br>2119 Glenkirk Drive<br>Burlington, NC 27215 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 06/27/94 | single | May 2023 - present | N/A |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

In the following pages I have attached, I briefly describe the torture that the office of Director of National Intelligence has overseen on Mary Johnston. Truth-serum, torture, privacy violations, and constitutional violations of her rights.
Please see attached documents.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

no property damage

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Torture, truth-serum effects, brain MFRI, harrassing, constitutional violations (4th, 8th, 14th), sexual assault, assault, defamation, and privacy violations.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| N/A | N/A | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| — | $1,000,000,000 | — | $1,000,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Mary Johnston | 336-663-3931 | 8-30-24 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## Updated Tort Claim

The Plaintiff, Mary Johnston, comes now to make an updated claim on The Office of Director of National Intelligence and the agencies that it oversees that may be involved in this claim. To begin with I will describe the first two weeks of being tortured. This has been going on since May of 2023 to present day and the torture has not stopped. Near the beginning of May 2023, I took medicine and started feeling the effects of truth-serum such as hypnosis. I began to be questioned by a voice coming from someone with intelligence technology about molesting my children. I was accused of molesting my child and her sibling. The intelligence technology began giving me disgusting visuals of children while having me in hypnosis and accusing me of things I didn't do such as molesting my children, raping and fingering them, having my child's sibling touch my nipple, and wanting my child's sibling to perform oral sex on me. These were the words coming from The Office of Director of National Intelligence or technology that it oversees and at the time I was under hypnosis and simulations effecting my brain so I couldn't do anything about it. This is completely disgusting, vile, and it was played to other citizens of the United States which destroyed my reputation and defamed my character.

This intelligence technology began assaulting me sexually and physically using simulation intelligence technology. The intelligence technology gave me effects of being suffocated, feeling of a snake wrapping around my legs and putting fangs on me, felts as if something was grabbing my heart and making it stop beating, twisting my vision while putting sensations of a needle going into my brain, a simulation that my stomach was expanding while giving me excruciating back and stomach pain, simulation that there was a snake swimming in my stomach, simulation that a dog was eating my stomach while giving my visuals, simulation that a snake was coming out of my vagina and that it was licking it, simulation that bugs were crawling on me, and etc. While all of this was happening, they were talking to me with Artificial

Intelligence and describing what they were doing while giving me visuals of these things happening. They began distorting my vision to make me believe that I was talking to God and the Devil and that I was fighting to get into Heaven, which I must say was very traumatizing. They made the sky have billions of stars and gave me visuals that something bright was coming down from the sky. They began distorting my vision by making me see a demon walk down the street, my childhood best friend that is deceased sitting on a bench, and a cat running at me and falling dead on the cement then get back up and run after me. I can't even begin to describe how traumatic the first two weeks of them torturing me was but this only describes it barely. They have gave me simulations that bugs were crawling on my head, bees swarming me, and the list goes on.

The effects of truth-serum that the technology or the medicine gave me was very traumatizing. The Artificial Intelligence or the medicine tried to rewrite my memories replacing them with these horrible acts. It was not successful but it was very traumatizing to experience them trying to override my memories in my brain. This mFRI technology is capable of effecting your effecting your brain, vision, and feeling sensations.

Since the horrible first two weeks of being tortured, this technology still has been torturing me through playing my voice and thoughts to other citizens. Making my voice say disgusting things. It has violated my privacy in the most extreme ways by playing my voice and thoughts to other citizens of the United States. People have known what I was doing, what I was thinking, where I was going, anything that I thought of or said was heard by other citizens of the United States for the past year. This has ruined my reputation while healing from the effects that the truth-serum and false memories. This violation of privacy has ruined my relationships with my loved ones and has ruined my future. While playing my voice and thoughts to other people and myself at all times, they have been talking to me with voices of other people. Which in turn has ruined my

relationships even more. Hearing your thoughts being played out loud to you and your voice is extremely traumatizing and uncontrollable. It has been complete torture for the past 15 months. I have tried to receive help from the Office of Director of National Intelligence, the Directors, and the CIA but no help has been received.

Attached I have documented a few months of their simulation effects, feelings, and assaults on me. They continue to hurt, sexually assault, and assault me with their Intelligence technology every day. This simulation intelligence technology has given me disgusting unwanted dreams, gives me ongoing visuals when I close my eyes, and sometimes they distort my vision when I have my eyes open. They touch my private parts with this simulation technology and sexually assault about every day and multiple times a day.

The Office of Director of National Intelligence or the agencies that it oversees has used me to show the citizens of the United States what they can do and are capable of. They used me to bring awareness to Artificial Intelligence and to get people interested in going into this field. They have been completely inhumane and violated my life, my privacy, my dignity, and not to mention my child's privacy to the most extreme ways. This has put me in danger and my child in danger by the outstanding attention brought upon me and my family.

The Fourth Amendment has been violated by a Federal Government agency in this case. The forms of surveillance used on the Plaintiff violates the Fourth Amendment. The Plaintiff is being watched, stalked, harassed, and there is surveillance being used on the Plaintiff at all times by the Office of Director of National Intelligence or one of its agencies that it oversees. In Boyd v. United States, 116 U.S. 616, 630, 6 S. Ct. 524, 532, 29, L.Ed. 746, protects against governmental invasions of the 'of the sanctity of man's home and privacies of life.' The past year of my life, the Plaintiff, has had no lengths of privacy. The Plaintiff continues her day while being

harassed, tortured, and while her privacy is being violated continuously. The Plaintiff's

Fourteenth Amendment of the Constitution was violated. "No State shall make or enforce any

law which shall abridge the privileges or immunities of citizens of the United States; nor shall any

State deprive any person of life, liberty, or property, without due process of law; nor deny to any

person within its jurisdiction the equal protection of the laws." (XIV, Sec. 1, "United States

Constitution") Equal protection of the laws have not been applied in Mary Johnston, the

Plaintiff's life. She has been stripped of normal life and no one in the Federal Government has

provided her with any help.

The Constitution has also been violated by the Eight Amendment where cruel and unusual

punishment cannot be inflicted. The Office of Director of National Intelligence is overseeing this

cruel and unusual torture being inflicted on the Plaintiff. They are not trying to stop it, nor help. I

hope the Honorable Judge sees in fact that the Federal Court has jurisdiction over this case due

to the Constitution being violated in many areas and ways. This civil case also has the right to

have diversity jurisdiction of the Federal Court. This claim is asking for more than $75,000 and

the parties are of different states.

The Plaintiff was hospitalized twice due to telling UNC that I was being tortured by the

government and that I needed sleeping medicine. I was held involuntarily where they put fake

Artificial Intelligence people in the hospital with me. They tortured me while I was in the hospital

distorted my visions to see and hear things which was very traumatizing. They played fake news

on the TV that I was watching.

What I am asking of The Office of Director of National Intelligence is $1,000,000,000

which is what I feel like is deserving of what they have put me through to just being

compensated for 15 months of torture and to the relationships and my character defamation and

humiliation that will never be fixed. I want an apology or someone to take responsibility for what they have done to me. I am also asking the Honorable Judge to rule in my favor that they provide me and my family with Secret Service protection for the rest of our lives because of the danger and publicity that this has given me and will give me when this is all said and done. I am forever going to be known as the girl who was accused of molesting children and that got tortured for 15 months and counting, that was publicly embarrassed, tortured, and privacy was violated. I will never come back from this and make a new life; as we only get one. I also have to explain to my child when she grows up what I was accused of and she has to deal with what the Office of the Director of National Intelligence has done. I am also asking that the Honorable Judge sees fit that I do not have to disclose that I was hospitalized twice due to this on my application to get a firearm. I am also asking the Honorable Judge that my unsupervised probation be terminated which is due to terminate in November of 2024. I also don't want my civil case to be recorded by anyone since my privacy was already violated.

My original tort claim was sent on May 20, 2024 but I addressed the agency as "The National Intelligence Agency." I sent an updated tort claim form on July 23rd addressing the agency as "The Office of Director of National Intelligence." This will be the third tort claim I have filled out due to me not having a copy of the one I sent on July 23rd and for the updated facts of this case. I have yet to get a reply for any of the emails, letters, tort claims, calls, or civil cases I have opened.

Attached in this document, is the recorded incidents, assaults, and sexual assaults that the Intelligence technology has done on the Plaintiff's, Mary Johnston's, body. If it has a location documents, presumably that means that the Plaintiff was assaulted in that location. These are not all of the assaults and sexual assaults, just the ones that the Plaintiff has had time to document over the months that were documented.

Dec 5, 2023

6:17-:20 PM butt hurt, hurting around anus

7:34 PM anus

7:44PM Vagina

8PM changed vision and hurt my eyes, touched my right arm, touched/hurt my left temple

8:03 PM hurt my sinus cavity and forehead

9:24 Pm left breast pain, left jugular vein pain

9:33 PM back pain

9:38 PM left stomach pain

9:39 PM uterus pain

10:21 PM feeling like bugs crawling on my back, pin needles all over

10:25 PM left temple pain

10:42 PM head pain

10:46 PM bug crawling on my forehead, stabbed in my back

10:49PM hurt my forehead

10:52 PM headache

11 PM right ankle pain, back level pain level 8

11:02 PM touched my vagina

11:14 PM hurt my titanium plate level 9

11:15 PM headache

2:26 PM throbbed and moved my clit

Dec 7, 2023

1:58 right side of forehead hurts
Hurt my throat feel like I'm suffocating for a second
4:29 am my neck had a stabbing pain
4:34 hurt my right shoulder
4:37 left side of my forehead headache
4:58 in my left ear
5 am made my lip twitch
Right hip hurts jabbing
Right armpit stabbed
5:04 Left back
Right nipple
Vagina
My stomach hurts my uterus
Right breast
Headache throbbing
Right headache
5:11 stabbing me in my right temple
5:16 stabbing pinching my right arm
5:18 stabbing my forehead
5:32 left ear
Vagina
5:36 in my right ear
5:37 right shoulder pain
Pain in my forehead
5:41 headache right shoulder right forehead throbbing
Right stab in my right hip
5:43 Left back of toe stab
5:45 right stab in my brain
All over my back
5:48 am touching my vagina and near my anus
5;49 my vagina
5:50 headache
5:51 bad headache stab all over my head
5:52 head throb
5:56 my back hurts near my neck
Insomnia, head hurts, eyes burn, been thinking all day.
6:06 vagina
Back and my right shoulder hurts
6:14 left leg is hurting stabbing
Right chest headache
6:19 flashes of light in my eyes
6:21 right tendon in my shoulder
Headache
6:26 headache stab in stomach

6:28 made my uterus hurt, stabbed me with pin needles all over my legs
6:34 stabbed me with a pin needle
Hurt my right shoulder
6:47 throbbing my arm
6:53 throbbing on my forehead
6:55 right of my neck pain pressing in
6:57 pain in my spine and my stomach radiating
10:09 my stomach hurts
Talking through my herniating disc
Pain
Bug crawling in my hair
7:05 right forehead hurts
7:50 hurt my neck pin needle stab
7:58 stabbed me in my stomach
7:59 stabbed me in my my left stomach
8:16 touched my vagina
8:27 stabbed me in my back
9:07 on my back
9:17 hurting the bottom of my right foot tingling pins and needles
Pins and shooting sensation up my vagina
9:30 left ear touching inside my ear
9:37 vagina
Stabbed me in my forehead
9:40 touched my vagina
9:48 stabbed me in my forehead
9:57 stabbed in the chest
10:31 stabbing my head
10:42 stabbing near my eye and forehead
Stabbing the back of my head
Stab in the left of my temple
10:59 stab in left temple eye area
11:10 left eye
11:36 hurt my jugular vein on left side
2:12pm touched my vagina 3 xs
2:35 stabbing my brain constantly
2:37 pressing putting pressure on my sinus cavity
2:40 hurt my left wrist, stabbing my head
2:47 touched my vagina
3:03 right head pressure
3:27 hurting the right side of my head, headache
3:28 left arm twitch right side of brain hurting
3:29 headache hurts in the front
4:22 headache, throbbing in the back of my head
4:54 touched my vagina

4:55 twitching my lip
5:09 throbbing my head
5:17 touched my vagina or my tampon, stabbed me in the side of my head
5:23 headache hurting my forehead
6:37 hurt my head
6:38 vagina
6:39 vagina
6:44 vagina
6:46 vagina
6:54 vagina
6:56 hurt my chest
Everybody yelling at me feeling hopeless and having a mental break down
6:59 vagina
7:03 vagina
7:05 stabbed me in the back
7:11 hurt my right boob or my chest
7:14 stabbed me in the back
7:16 vagina
7:18 right leg poke
7:20 bouncing my head back and forth
7:39 vagina
7:43 Left ankle hurts
7:44 vagina
7:45 vagina
7:46 left headache
7:54 vagina
8:13 vagina
8:14 left arm pain stabbing
Bug crawling in my hair
8:19 left breast pain, pain in my forehead
8:21 pain in my chest, pain in my back
8:25 pain in my stomach level 6
8:28 vagina
8:29 vagina
8:57 vagina
9:01 hurt my cavity
Vagina
9:03 vagina
9:06 vagina
9:09 hurt my burn
9:35 vagina
9:38 head hurts bad, Back of my head throbbing
"They said in my head you are not sick, you are a good person we did it to you and you are getting a billion dollars"

9:41 vagina
9:42 stabbing in the back of my head
9:46 stabbing in the back of my head
9:49 vagina
9:55 vagina
9:56 vagina
9:57 my back hurt throbbing, my head is throbbing, my vagina
9:58 back is hurting
9:59 my stomach is hurting
10:02 my disc in my back hurts
10:04 Left butt cheek twitch, vagina
10:08 vagina my head pressure, hurts
10:13 stabbing me in my right side
10:14 stabbing me in my right back
10:20 vagina
10:22 throbbing my vagina
10:33 severe stomach pain abdominal
10:34 hurting my herniated disc severely
10:39 vagina
10:43 hurt my back
10:45 vagina
10:46 my left foot, my vagina
10:47 vagina, vagina
10:50 hurt the back of my left leg
11 vagina
11:01 hurt my forehead
11 throbbed and talked through my vagina
11:05 hurt my stomach
11:10 pain in my back
11:16 throbbing pain in my back
11:17 my left ear drum throbbing it
11:19 left side of my brain hurting
11:21 my back radiating to my front
11:23 stabbing my back
11:25 vagina
11:27 we are going to defend me in court
11:31 hurting my forehead and throbbing
11:32 vagina
11:49 poked me in my right stomach
11:50 right temple
11:52 said "you're good" 6xs
11:54 pain in the left side of my face and jaw
12 pm stabbing me in the side of my neck
12:05 pain in my back

12:06 my vagina
12:07 stabbed me in my right of my back

DEC 8, 2023
9:03am right pain in my leg
9:10 vagina
9:51 injury to the side of my head
10:29 vagina
10:35 left leg hurt on the back upper thigh
10:37 right foot, left arm, back, and headache pain
10:56 my headache left arm
2:45 forehead hurts
3:17 vagina
3:37 stabbed me in my back left side
3:59 my vagina
4:09 headache throbbing pain in my forehead
4:23 left back stab
4:40 stabbed my right leg, throbbed
4:45 throbbed my vagina
4:49 vagina
5:55 vagina
5:59 pain in my stomach
6:07 pain in my back
6:24 pain in my left leg, twitching in my left leg
6:25 pain in my chest
6:46 stomach
6:55 right hurt my stomach, inside my stomach
7:02 my back and my stomach hurts
7:04 Left leg twitch, right arm twitch
7:20 pain in my chest
8:15 pain in my back
8:16 headache
8:27 vagina
8:36 pain in my back
8:59 vagina
9:02 vagina
11:25 headache pressure on my forehead
11:58 left stab in my stomach
11:59 left head throb
12:14 my chest tight, pain
12:18 poke in my stomach
12:18 pain in my neck
12:38 my brain hurts and my left wrist
12:48-12:50 bad headache stabbing in the side of my head level 8

12:52 still headache pressure
1:53 chest hurt
1:56 vagina
1:59 needle in my finger
2:21 stab my stomach
2:29 torture people walking under my house
9:12 vagina
9:13 pain in my ribs
10:21 stabbed shocked me in my right boob 13 times
10:24 stabbed me in the side of my neck
10:25 stabbed me in my boob, stabbed me in my ribs
10:30 head hurts
10:59 forehead headache stabbing me in the head
11:08 stabbed me in the back
11:10 headache stabbing in my forehead
11:29 vagina
1:55 pain in my side and in my chest, lung area
Vagina
2:05 left arm hurts
2:06 pinching the top of my vagina
2:08 my left arm hurts and hand
2:31 pressure on my throat
2:33 vagina
3:13 headache
3:35 stab in my right side
3:36 right hand headache
4:03 vagina
4:23 right leg throb
4:47 right leg pain
4:56 left leg, right ankle pain
5:03 chest, belly pain
5:04 vagina
7:11 stabbing my left eye
Dec 10, 2023
Anus breast arm pain, crawling in my hair
11:03 anus
11:04 crawling in my hair
11:06 my anus throbbing
Left lung
11:51 Breast, right wrist pain
11:54 uterus pain
Breast
2:05 breast, stomach pain
2:06 left side of my head

2:08 left breast pain
2:10 pm pinched my top of my vagina two times
2:11 right pain in my back
2:12 side of my face
2:13 pain in my left breast
2:14 left pain in my back
2:42 headache pressure pain
Stab in the back of my head
2:43 stabbed in my forehead
Pressure on my forehead
2:44 pressure headache
2:47 headache stab in the right of brain
2:55 left side of brain
5:46 losing feeling in my arms
12:47 stab in my back
12:50 vagina
2:27 vagina
2:30 throbbing my vagina
10:40 am lungs hurt
Left headache
1:23 pain in my left arm level 7 11 times
3:37 headache
3:41 right leg pain, headache, right arm pinch, throbbing headache on my left side
3:42 Left side headache, back of my head touch, front of my head
3:43 left side of my brain, headache
3:44 left side headache, right breast pain
3:44 headache, left side of brain headache
5:04 Left headache
5:13 left stab in my stomach
5:15 headache forehead, left side of forehead
5:19 right breast
5:20 left forehead hurts
5:25 headache
5:26 back pain near my neck and lung
5:27 lung hurts
5:30 - 5:31 vagina
5:50 right hand
5:52 left side forehead headache
5:53 left side headache
6:26 headache
6:28 right leg pain
6:28 left headache
6:29 left hip pain
6:30 back headache, back pain

6:30 right arm pain
6:32 right forehead pain
6:33 left headache
6:34 left arm hurts, right leg hurts
6:35 right buttcheck twitch
6:46 right arm left arm
6:50 right leg point
6:59 left leg pain, forehead hurts
7 headache
7:06 headache
7:08 my spine hurts
7:09 right elbow pain
7:10 right leg pain
7:11 left shoulder pain
7:18 left finger
7:19 left finger, back pain, right wrist pain
7:26 right arm pain, left forehead pain
8 pm: right forehead, forehead
8:02 left pin needle in my arm
8:03 my forehead, vagina, forehead, uterus
8:04 my vagina
8:08 my neck hurts, forehead
8:09 my forehead hurts
8:15 my head hurts, right breast
8:16 right leg hip pain left shoulder
8:18 my left hand
8:19 right leg, forehead
8:20pm  breast pain
8:21 my right arm pain
8:25 back pain
8:30 vagina
8:32 left finger
8:55 right arm hurts
9:30 left arm
9:56 stab in the back, left rib
10:13 left food pain
10:15 pain in my front teeth, pain in my back, poking, stabbing
10:16 stabbing in my back and boob
10;17 vagina
10:26 left arm pain
10:30 left arm
10:13am my foot
10:40 right breast, left breast arm pit, left shoulder
11:47 spine pain, leg pain, left wrist pain

11:49 am left wrist pain
11:50 forehead headache pain
12 left arm pain back pain
12:01 neck pain
12:59 right breast
1:13 left neck pin needle
1:40 right neck pain
2:46 anus bubble
3:02 right stab in my stomach
3:36 brain headache
3:50 stab in my right leg
3:53 left stab in brain
3:58 stabbing me in my right back
4:03 right arm hurts
4:04 left forehead hurt
4:05 right arm pinch stab
6:19 left leg hurts
6:25 pm stabbed hard in my right side
6:26pm hurting my teeth
7:01 pin needle in my left foot
11:09 right arm hurts, right side stab
11:11pm headache
11:12 teeth hurt
11:14 right finger prick
11:15 vagina

Dec 13, 2023
9:10 am vagina
9:25am vagina stabbing
9:29 am stabbed me in my right leg, poke in my right leg
9:31 left forehead hurts, right leg stab
9:32 left head headache
9:34 right leg hurts
12:38 pm right leg scan pressure
12:58 pain in my right foot
1:02 left rib pain
1:26 vagina
1:33 pain in the back of my neck
1:54 vagina moving
2:12 hurt my right arm near elbow
2:22 backstab
2:26 headache
2:29 headache
2:41 right arm hurt

3:09 pressure on my chest
3:11 lip moving
3:12 vagina
3:16 right arm hurts
3:24 headache
3:26 right leg, headache pain
3:26 right leg stab
3:29 my vagina, my arms hurt
3:50 vagina
3:50 stomach pain
3:56 vagina
4:25 left tooth pain
4:30 right forehead pain
4:31 left tooth pain
4:45 left tooth pain
4:52 right finger left finger
4:56 left forehead
5:08 something crawling in my head
5:14pm forearm pain
5:18 left arm pinch
5:23 left stomach pinch
5:27 pm forehead stabbing
5:34 right back pain
5:38 left arm pain
5:46 right foot pain
5:49 stabbed in my left side of my head
6:15pm bottom teeth hurts
6:18 right foot right arm
6:19 forehead hurts
6:21 forehead hurts, stab
6:39 forehead hurts
6:40 left arm prick
6:49 vagina
6:55 my stomach hurts, pain, needle in my back
7:07 vagina
7:10 right arm hurts
7:11 left butt cheek, butthole
7:23 tingling my vagina and anus area
7:29 right arm sting
7:30 right arm hurts
7:33 pm headache hurts
8:30 stomach hurts
8:41 forehead hurts
8:42 stab me in back my head, hurt my front teeth

8:45 pm back of my head hurts
8:47 my right leg twitching
8:48 vagina
8:50 left side of my neck hurts
9:09 vagina
9:18 stomach pain
9:29 pm vagina
9:31 hurting my teeth
10:15 vagina
10:17 pin needles in my upper back/neck
10:18 left eye pain throbbing
10:20 dog whistle noise, crushing pressure on my headp

DEC 14, 2023
pressure/hurting my cervix area constant
8:33 am hurting cervix, pin needle in my back, left foot
8:35 neck pain
11:07 am neck pain
11:11 back pain stab
11:24 right arm pain
11:29 left hand pain
11:34 left jugular vein pain
11:52 left stab in my back
11:56 left wrist pain
12:27 pm shaking my back
12:33 right arm pin needle
12:53 shuddering, shaking my house
1:19 pm right side forehead
1:21 left side of my neck
1:47 pm right stab in my rib
1:56 stabbing in the left side of my head
2:01pm my left back stab
2:03 stab in my right back
2:07 left forehead stab headache
2:14 right stab on my right side of my head
2:16 shaking my back
3:06 right arm pain
3:17 right foot pain, pain on my left lung
3:37 left lung hurts
3:42 left brain hurts, right neck hurts
4pm hurt my left arm
4:05 pm right nipple pinch
4:05 teeth hurt
4:19 right wrist pain

4:21 pm left side headache pressure
4:30 right prick on my right shoulder
4:48 pain in my left arm
4:49 left pain on my shoulder
4:52 pain in the left side of my back
4:56 right buttcheck twitch
6:29 forehead pain, nipple pain
6:31 left arm pain
8:46 pm vagina
9:33 pm right arm hurts
9:34pm vagina

Dec 15, 2023
3:18 pm left arm pain
5:19 forehead pain, headache
6:08 tapped me on my breast
6:11 right foot pain
6:12 left foot sting
6:20 left leg pain
6:29 left stab in my back
6:31 stomach pain near belly button
6:37 right leg pain
6:55 front teeth pain
7:08 stab in my back
7:10 my forehead hurts, left rib pain
7:16 right side of my back
7:17 right rib hurts
7:41 crawling in my hair
7:43 left tooth pain
7:46 forehead pain
7:52 right knee pain
7:56 pm stabbing me in my brain level 9
8:44pm left hand prick
8:47 left brain pain
9:13 left lung poke/ stab
9:29 right leg poke
9:31 right finger pain
9:36 right foot stab/pain
9:37 vagina
10:30 left finger poke
10:32 right jab in my right side of my face
11:06 left arm vein pain
11:07 left brain pain
11:12 pm left hand pain

11:26 back pain
11:31 left finger hurts
11:40 left forehead pain
11:41 left side of forehead
12:06 left arm pain
12:12 pm my left side headache


Dec 16, 2023
12:16 am sting my asshole
12:40 right leg thigh pain
12:56 am left leg pain
1:04 am pin needle in the left side of my brain, right finger pain
1:07 am left arm pain
1:26 am headache pin needles
1:33 am right stab in my arm
1:44 am pain in my right shoulder blade
1:54 am stab in my stomach
1:56am stab in left leg
2:02 stinging my asshole
2:24 am right leg pain
2:30 am pain in my left leg
3:05am pin needle in my right hip
3:09 headache
3:11 stomach pressure, right ankle pain
3:13 pressure headache
4:09 right leg pain
4:25 headache
4:37 my right leg stabbed
4:48 am slab in my left arm
6:43 right finger hurts
7:16 am nipple pain, headache prick
8:45 am left arm pain
7:45 pm stab in my stomach

December 17, 2023
12:06am right leg pressure
12:12 right wrist pain
11:06 nipple
11:07 hurt my right finger, left jugular vein hurts, pin needle in my right rib
3:39 pm forehead pressure
3:46 left pressure on collar bone
5:41 pm pain in my right neck
5:46 pm right leg pain

6:53 pm left jugular vein pressure
7:04 hurt my left tooth pain
7:31 pm prick in my back
7:36 pm left foot toes pain
8:22 pm pressure headache
8:26 pm poked me in my back, headache
8:27 pm pain in my right toes
8:29 twitched my biceps
9:15pm forehead hurts
9:17pm forehead hurts on left side
9:19 forehead hurts
9:20 left arm hurts
9:43 pm left breast hurts
9:49 pm my right teeth hurt
9:50 pm stab in my left rib
10:28 left teeth hurts
10:30 pain in my back neck
10:42 pm right arm pain
10:50 pm forehead pressure
11:04 pm sting on my right arm
11:10 pm pricked my hair
11:33 pm left tooth hurt
11:38 pm poking my back left shoulder
11:57 pm left shoulder pain
12:09 am pin needle in my left leg
12:16 am vagina
1:04 am right breast pain
1:16am stab me in my left side of my stomach
1:28 am right side of my head pressure headache
2:04 am made a bug crawl in my head
2:31 am throbbing my butt near my asshole
3:13 said I'm weird in my voice
3:16 right hand hurts
3:16 crawling in my hair
3:20 am  pin needle in my right foot
3:23 am popped my left ear drum
4:02 am pinched my top of vagina
4:13 am left leg hurts
4:18 am my right nipple squeezed
4:45 am crawl in my hair
4:53 am left breast pain
6:52 left breast pain
7:24 left ear drum
7:37 right arm pain

7:38 forehead pressure right arm pain
7:39 left side forehead pain
7:45 am left side of my forehead hurts
7:49 am left tooth hurt
7:57 am vagina
8:08 am right forehead pressure
8:41 am right arm hurt
5:30 pm arm pain
5:51 pm right butt check twitch
6:37 pm right leg twitch, left breast feeling
7:35 pm left arm pain where I had my port
9:48 pm right headache hurts
9:50 pm right arm
pain
11:47 pm pain in my left tooth
12:45 am left breast pain
12:52 am left breast pain
12:53 am left forehead pressure
1:55 right finger hurts, right foot pain, forehead headache
10:06 am right arm/elbow pain stabbing
11:10 am right side forehead pain
11:31 am left finger pain
11:42 am right thumb tingles talking through it
12:23 pm right head forehead pressure
5:05 pm left stab in my left side of my back
6:31 pm left breast pain
7:31pm left forehead hurts
7:45 pm hurting my heart
7:46 pm hurting my vagina
9:33 pm stab in my left ribs 5 times
10:10 pm right stab in my right head
2:53 am left arm
5:18 am left forehead head pain
5:30 pm stabbed me in my chest
5:47 pm right breast pain, left rib pain
6:19 pm right breast pain, right leg pain needle
6:22 pm right arm needle
6:27 pm left breast pain
10:08 pm stabbed left leg, stabbed neck
1:22 pm right hand pain
1:34 pm right stab in my back
2:01 pm forehead headache
2:10 pm breast pain
2:35 pm twitching my left nostril

2:37 pm left eardrum pain
3:04 pm stab in my left arm
3:05 pm left eye twitch
3:08 pm left leg poke
3:09 pm left arm hurts
3:13 pm right arm pain
3:37 pm pain in my right breast
5:05 pm forehead pain
6:02 pm left leg twitch
6:25 pm breast pain
7:24 pm right foot pain
7:39 pm left rib hurts
7:46 pain in my left rib
8:56 pm right butt check twitch
8:59 pm throat pain
9:10 pm left side hurts, vagina
9:51 pm left stab in my stomach
10:05 pm right leg pain
10:08 pm vagina, right arm pain
10:23 pm touched near my anus
10:32 pm left stab in my ribs, left breast pain
10:33 pm left  hand pain
10:39 pm stab in my stomach
10:41 pm rib poke, vagina, butt poke
11;09 pm squeezing my "heart"
11:43 pm stabbed me in my chest hard, left ankle sting
1:45 am left leg sting, leg neck pain
9:44 am back pain
9:46 am left temple headache stabbing
10:05 am right arm pain, left foot stab
12:19 pm right finger pain
12:57 pm left nipple pain
1:08 pm right foot pain
1:33 pm stabbed in my left stomach
2:21 pm left jugular vein pain
2:24 pm back pain
4:03 stabbing in my back
7:39 pm left foot pain
7:49 pm pinching my vagina
8:11 pm left jugular vein
8:20 pm stabbed in my heart, right side of my neck
9:25 pm stabbed me in my neck
9:47 pm right breast pain
10:53 pm right stab in my stomach, left shoulder jab

11:08 pm stabbed me in my right side
11:22 pm left headache stabbing
12:51 am anus
1:53 am left jugular vein
1:59 am right arm pain
2:02 am left jugular vein pain
3:03 am right nipple hurts
4:39 am touched my clit
4:44 am stabbed my stomach
7:51 am stabbing in stomach
11:26 pm stabbed me in my left stomach
12:43 am right nipple pain
1:45 am chest pain
1:48 am teeth pain
2:45 am vagina sensation
8:13 28 stabs in my left lower stomach
10:22 am stabbed in my right toe, forehead pain, and back stab
10:26 am forehead pain
12:52 pm right arm pain
2:49 pm right arm pain
2:54 pm headache pain
2:59 pm stab in my back
5:31 pm stabbed on right side of neck
6:14 pm stabbed me in my stomach
6:18 pm stabbed in my right leg
6:22 pm stabbed in my stomach
6:35 pm stabbed me in my head, my nose
9:56 pm headache pain
10:47 pm heart hurts
10:49 pm head pain
10:51 pm neck pain
2:00 am left buttcheck
2:01 am stabbing me in my right ribs
2:46 am right leg pain
3:58 am sting on my right butt cheek felt like a bee
4:33 am left and right arm pain
5:59 am right hip stab
7:33 am stabbing in my left rib
8:53 am neck pain
8:59 am neck pain
9:03 am constant neck and headache pain
9:43 am headache pain twisting
12:11 pm vagina pain
8:40 am stabbed in the right side of my head

5:19 pm stabbed me in my right neck
6:06 pm stabbing my forehead
9:42 pm right side headache
11:24 pm left ankle pain bad
12:10 pm right breast pain, left headache pain
12:51 pm headache hurts
2:16 am forehead pain
2:55 am headache pain
2:59 am right leg pain
3:15 am breast pain, right leg pain
3:16 am vagina, right leg pain
3:57 am left eye twitch
5:47 am vagina
7:53 am vagina
7:57 am stomach pain
8:32 am Back pain
3:28 am vagina movement talking

Dec 29 , 2023
Touched my vagina multiple times, hurt my neck constantly, gave me a headache
11:40 pm stabbing me in my right lower stomach multiple times
2:03 am burning my vagina
3:40 am left back stab
3:57 am pain in my uterus area
4:12 am belly pain
4:13 am belly pain
6:44 am touching my vagina and my clit
6:54 am chest pain
7:49 am stomach pain
7:50 am stabbing my back
11:09 am finger hurts pain throbbing
7:05 pm right forehead headache

Jan1 , 2024
1:05 am headache pain heart pain
6:47 am right leg pain
6:52 am left arm pain
1:09 pm touched my vagina
1:12 pm left arm hurts
3:15 pm right headache pain
5:47 pm stabbed me in my right rib

Jan 3, 2024
8:32 am headache pressure

5:19 pm throbbing pressure on my timples
5:23 pm touched my anus
5:30 pm right breast pain
5:41 pm crawling in my hair
6:20 PM butt sensation
9:01 pm butt bone pain

Jan 5, 2024
9:01 am left neck pain severe
12:08 pm right back pressure
12:18 pm stab in my right back
1 pm right foot pain
2:56 pm stab in my left arm
3:04 pm twitching my right leg calf

Jan 7, 2024
3:55 pm stabbed on left side of forehead
7:38 pm left side forehead pain
7:46 pm stabbing me in the head
8:38 pm stab in my right arm, forehead headache, neck pain
8:51 pm stab in my back
9:34 pm breast pain
10:08 pm chest pain

Jan 8, 2024
12:12 pm right arm pain
2:06 am touched my back
4:46 am right stab in my head
6:33 am left tooth hurt
6:39 am stomach stabbing
11:01 pm forehead pain
11:36 pm left arm stab, forehead pain stabbing headache

Jan 9, 2024
8:26 am stabbing radiating in my forehead
5:35 pm left neck artery pain
10:31 uterus stabbing

Jan 11.
6pm left arm pain, headache

Jan 12, 2024
6:48 poked my belly, stung my vagina area

Jan 13, 2024
2:30 am hurt my right leg
4:08 am stabbed me in the back head
4:22 am stabbing the right side of my stomach
10:25 pm sinus pressure, headache, neck pain
10:29 pm stabbed my in the back of my head, and on my left big toe
5:16 pm stabbing my in my right boob
11:25 am shaking my house
11:53 am neck pain, headache
2:42 pm headache pressure
6:23 pm headache pressure stabbing left side of brain
7:01 pm giving me neck pain
8:56 pm headache
12:03 am asshole poking
4:08 am stabbing me in my stomach multiple times
4:18 am hurting my tooth
4:33 am stabbed me in my stomach
Jan 17, 2024
8:53 am stabbing multiple times in my back
12:27 pm stabbing me in my right leg and hip, stomach pain

Jan 17, 24
7:27 pm hurting my left breast
7:45 pm left arm pain stabbing

Jan 18, 2024
6:24 am pinched my vagina
8:18 pm stabbing my left arm

Jan 20, 2024
9:16pm gave me sinus pressure in my forehead

Jan 21, 2024
7:21 pm stabbing my left arm
8 pm stabbing me in my right stomach

Jan 22, 2024
1:29 pm vision having half blurry white spots
1:36 pm headache pressure
3:23 pm headache pressure
3:49 pm headache pressure

Jan 23, 2024
6:07 pm stabbed me in the back of my head 5 times

Jan 24, 2024
10:33 am headache pressure throbbing pain
11:35 am throbbing headache pain
12:35 pounding headache pain
5:17 pm stabbing me in my forehead
6:21 pm forehead stabbing

Jan 27, 2024
1:17 am stabbed me in the forehead
1:19 am right arm hurts

Jan 29th
2:43 pm temple pain
7:06 pm stabbing me in the back

Feb 1 2024
12:52 am stabbed me in the forehead

Feb 2, 2024
2:35 am left breast pain
6:48 am touched my hair, stabbing needle feeling in my left knuckle
6:57 am stabbing my left arm, headache pain stabbing

Feb 3, 2024
7:23 am headache on left side of head

Feb 6, 2024
Headache all day, vision light spots with moving blurs
Stabbing in my left temple
Vagina pulse
10:29 pm  Toes stabbing

Feb 7, 2024
3:14 pm stabbing my left shoulder multiple times

Feb 8, 2024
3:53 pm zapping, stinging my left breast eleven times

Feb 11, 2024
6:40 pm stabbing me in my head

Feb 14, 2024
10:26 am pain in my left breast

1:30 pm left temple pain

Feb 15, 2024
7:02 pm stabbing me beside my spin multiple times
7:03 pm stabbing me in my chest left arm pain

Feb 18, 2024
Twitched my left butt cheek
Stabbed me multiple times in my legs
2:33 am throbbing my anal area repeatedly
2:34 am stabbed me on my right leg

Feb 19, 2024
Today they touched me multiple times, stabbed the left side of my temple and felt like they were drilling a circle out of it. They touched my vagina today.

Feb 21, 2024
12:19 pm hurting my vagina hole
1:23 pm "lightening crotch" in my vagina
Lightening crotch
Pinched my vagina
10:35 pm pen needle stab on my left leg & pain in my left abdomen

Feb 23, 2024
11:57 am hurting both of my breasts

Feb 24, 2024
Made me feel like I was going to pass out, gave me tingling all over my body. Touched my butthole and said a billion in my butthole.

March 6, 2024
3:05 am: gave me a pressure headache

March 9, 2023
Stabbing my head really painful to the point of me screaming

March 11, 2024
12:20 pm touching my vagina multiple times
12:23 pm poking my left rib
1:03 pm poking my right rib
3:51 pm touched my vagina
7:30 pm stabbed me in the left side meof my head
8:31 pm feels like someone shot me in my stomach
11:07 pm stabbing me in the left head

11:10 pm right eye stabbing
4:41 pm pinching my left nipples
U6:01 pm spider crawling in my left ear drum
7:53 pm stabbed in my right rib

March 13, 2024
3:40 am touched my butthole
8:56 am vagina multiple times

March 14, 2024
7:25 pm nipple pinching 5 times
11:26 pm pinching my nipples
3:11 pm stung my asshole

March 21, 2024
3:38 am stabbing my right eye
5:01 am right nipple sting hard pain

March 22, 2024
Touched my vagina multiple times
6:51 am made a spasm near my jugular vein neck area

March 23, 2024
10:30 am touched my vagina
10:43 am right nipple stinging

March 24, 2024
12:41 am touching my vagina
11:22 pm touching my vagina multiple times

March 26, 2024
3:13 pm touched my vagina

March 27, 2024
12:47 am headache stabbing on left side of my head

March 29, 2024
7:17 pm hurting my front teeth

March 30, 2024
4:56 pm head stabbing like a knife

March 31, 2024
12:48 am head stabbing,

Talking through my vagina touching my vagina
9:50 pm stabbing my head

April 1, 2024
Touched my vagina, crawling on my butt crack, touching my nipple, hurting my legs all day like growing pains
11:39 pm leg twisting about to give out severe pain touched my vagina
** Kept me up all night without sleep hurting my legs and arms and twisting my legs muscle where it felt like my leg was giving out, SEVERE pain**

April 3, 2024
7:40 am touched my vagina

April 6, 2024
2:46 pm white blurry vision with a headache
Touched my anus today

April 13, 2024
Gave me back pain
Made me see things that were not there

April 14, 2024
Back pain, lung stabbing, headache stabs, arm numbness, pricking my finger, toe pricks

April 13 - April 18, 2024
Constant back pain
Touched my vagina multiple times on April 17, 2024

April 18, 2024
Touched my vagina
Gave me tingles down my neck and pain in my shoulder
Back pain