# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

Division



|  |  |
|---|---|
| Mary Johnston | Case No. 1:24-cv-00735 |
|  | *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

Office of the Director of National Intelligence,
United States
Merrick Garland

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Mary Johnston |
| Street Address | 2119 Glenkirk Drive |
| City and County | Burlington, Alamance County |
| State and Zip Code | N.C. 27215 |
| Telephone Number | 336-663-3931 |
| E-mail Address | majohnston851@access.alamancecc.edu |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Offiice of the Director of National Intelligence |
| Job or Title *(if known)* | |
| Street Address | ATTN: Office of Civil Liberties, Privacy, and Transparency |
| City and County | Washington |
| State and Zip Code | D.C. 20511 |
| Telephone Number | No available number |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | United States |
| Job or Title *(if known)* | Sandra J. Hairston- United States Attorney for the M. D. of N.C. |
| Street Address | 101 S. Edgeworth St, 4th Floor |
| City and County | Greensboro, Guilford |
| State and Zip Code | N.C. 27401 |
| Telephone Number | 336-333-5351 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Merrick Garland |
| Job or Title *(if known)* | United States Attorney General |
| Street Address | 950 Pennsylvania Avenue |
| City and County | Washington |
| State and Zip Code | D.C. 20530 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 1983, 18 U.S. Code section 2340, Universal Declaration of Human Rights Article 12, 4th Amendment of the U.S. Constitution, 5th Amendment of the U.S., 8th Amendment of the U.S. Constitution, and 14th Amendment of the U.S. Constitution

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see additional pages attached.

_____

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,000,000,000.00
The Plaintiff to be a Protectee of the United States Secret Service for life and for her children whom are under 16 years of age.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/08/2024

Signature of Plaintiff
Printed Name of Plaintiff      Mary Johnston

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of the Director of National Intelligence | Mary Johnston<br>2119 Glenkirk Drive<br>Burlington, N.C. 27215 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | m | Single | May '23-Nov '24     N/A | N/A |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The Office of the Director of National Intelligence possesses the AI technology that has tortured, assaulted, sexually assaulted, violated Mary Johnston's Constitutional rights, violated her privacy rights, and defamed Mary Johnston's character.
Please see additional pages.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Torture, sexual assault by AI, assault by AI

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS (Number, Street, City, State, and Zip Code)** | |
| N/A | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| N/A | $1,000,000,000.00 | N/A | $1,000,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Mary Johnston* | 336-663-3931 | 11/8/2024 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

1. The Office of the Director of National Intelligence is overseeing AI technology that has tortured the Plaintiff since May 2023 to present day. (15 months)
This torture involves assault and sexual assault which some instances are noted in claim 2. The AI technology gave the Plaintiff effects of truth-serum at the beginning of May 2023, which put the Plaintiff in a hypnosis-like state and tried to rewrite her memories. The AI controlled the Plaintiff's brain to inflict torture on the Plaintiff. The Plaintiff began seeing things that were not there such as a billion stars in the sky, a cat running towards her that fell dead and then got back up and starting running towards her again, God, the Devil, a demon walking down the street, her deceased friend on a bench, and something coming down from space. The AI technology then began assaulting the Plaintiff which will be described in claim 2. The AI technology has manipulated the Plaintiff's conscience while she is sleeping to try to rewrite her memories to make her think she has done something she didn't do. The AI technology has given the Plaintiff many dreams on multiple occasions. The AI technology has manipulated the Plaintiff's senses such as taste and smell, eyesight, hearing, and pain reception by controlling the Plaintiff's brain which is arguably torture. The Plaintiff was hospitalized twice due to telling Chapel Hill Hospital that she needed sleeping medicine and that the government was torturing her. During her hospitalizations, she was tortured and put in the hospital with fake AI humans. While in the hospital, the AI distorted her vision and made her see laser beams coming out of the nurses' eyes and the Doctor to be made to look like an alien. During these 15 months and to present, the AI technology continuously manipulates the Plaintiff's hearing and vision to make her hear sounds like creaks, bangs, her house shaking, footsteps, people talking and saying stuff that they are not really saying, and etc. The AI has either manipulated the Plaintiff's families' actions and speech or the Office of the Director of National Intelligence has taken the Plaintiff's mother, daughter, grandma, and dog to a different location and replaced them with AI humans. The Plaintiff is almost positive that her family is replaced with AI humans but cannot be sure since her vision is distorted on a daily basis. The AI technology tortures the Plaintiff by playing her thoughts to other citizens of the United States. The AI technology plays her thoughts out loud instantaneously which is torturous. The AI also generates her voice to finish sentences and say things that she really is not thinking due to its autonomous intelligence. The AI technology is constantly talking to the Plaintiff either in their voice or voices of people she knows. The AI technology controls the Plaintiff's brain by controlling her pain receptors by giving her feelings of bugs crawling on her, stabbing sensations, twitching, and other torturous assaults. The AI constantly tortures the Plaintiff by sexually assaulting her on a daily basis by controlling her brain to make her feel sensations on her vagina, nipples, and anus.

2. The AI technology possessed by the Office of the Director of National Intelligence has assaulted and sexually assaulted the Plaintiff. The Plaintiff has not kept record of every incident but this happens on a daily basis since May 2023 to present day November 2024, which likely will not stop until this is seen in court because no help has been given.

The following is reported incidents where AI technology has manipulated my brain and my pain receptors to assault and sexually assault me. The location is presumably where the AI assaulted the Plaintiff.

DEC 5, 2023
6:17-6:20 PM: pain on buttocks near anus
7:34pm anus
7:44pm vagina
8pm: changed vision, hurt my eyes, touched my right arm, touched/hurt my left temple
8:03 left temple pain
8:47 hurt my sinus cavity/forehead
9:24 left breast pain, left jugular vein pain
9:33 back pain
9:38 left stomach
9:39 uterus
10:21 feeling like bugs crawling on back, pin needles all over
10:25 left temple pain
10:42 head pain
10:46 bug crawling on my forehead, stabbed in my back
10:49 hurt my forehead
10:52 headache
11pm right ankle hurts, back level pain level 8
11:02 touched my vagina
11:14 hurt my titanium plate level 9
11:15 headache
11:29 headache
11:31 left eye pain, headache
11:48 touched my side, headache
1:41 am headache right temple
2:25 headache, stabbed me in my side, throbbing pain in the middle of my brain
2:26 throbbed/moved my clit
2:29 stabbing my right temple
2:42 right temple level 5
2:50 right temple throbbing level 7
3:06 stabbed in the back
3:20 right temple, left arm pain
3:21 sinus cavity pressure
3:24 sinus cavity
4:18 head pain
7:02 head stabbing, eyes twitching

Dec 7, 2023
1:37-1:39 hurting my herniated disc area
1:58 am right side of forehead pain, hurt my throat, suffocating feeling
4:29 am neck stabbing pain
4:34 am right shoulder pain
4:37 am left side of my forehead, headache
4:58 am left ear
5 am lip twitch, right hip hurts/jabbing, right armpit stabbed
5:04 am left back

right nipple
vagina
stomach pain/uterus pain
right breast
headache/throbbing pain
right headache
5:11 am stabbing me in right temple
5:16 am stabbing/pinching my right arm
5:18 am stabbing forehead
5:32 am left ear, vagina
5:36 am right ear
5:37 am right shoulder pain, pain in my forehead
5:41 am headache, right shoulder, right forehead throbbing , right stab in my right hip
5:43 am Left back of toe stab
5:45 am right stab in my brain, back pain
5:48 am touching my vagina and near my anus
5;49 am vagina
5:50 am headache
5:51 am bad headache stab all over head
5:52 am head throb
5:56 am back pain near neck
6:06 am vagina, back and my right shoulder pain
6:14 am left leg pain/stabbing, right chest, headache
6:19 am flashes of light in eyes
6:21 am right tendon in my shoulder, headache
6:26 am headache, stab in stomach
6:28 am uterus pain, stabbed with pin needles all over legs
6:34 am stabbed me with a pin needle, hurt right shoulder
6:47 am throbbing arm
6:53 am throbbing on forehead
6:55 am right neck pain
6:57 am pain in spine, radiating stomach pain
10:09 am stomach pain, talking through my herniating disc, bugs crawling in hair
7:05 am right forehead pain
7:50 am neck pain, needle stab
7:58 am stabbed in stomach
7:59 am stabbed in left stomach
8:16 am vagina
8:27 am stabbed in back
9:07 am back
9:17 am hurt the bottom of right foot, tingling pins and needles, pins and shooting sensation up
vagina
9:30 am left ear, touching inside ear
9:37 am vagina, stabbed forehead
9:40 am vagina
9:48 am stabbed forehead
9:57 am stabbed chest
10:31 am stabbed head
10:42 am stabbing near eye and forehead, stabbing the back of head, stab in the left of temple
10:59 am stab in left temple eye area

11:10 am left eye
11:36 am hurt jugular vein on left side
2:12 pm touched vagina 3 times
2:35 pm stabbing brain constantly
2:37 pm pressure on sinus cavity
2:40 pm wrist pain, stabbing head
2:47 pm touched vagina
3:03 pm right head pressure
3:27 pm right side of my head pain, headache
3:28 pm left arm twitch, right side of brain hurting
3:29 pm headache in front area of brain
4:22 pm headache, throbbing in the back of head
4:54 pm touched vagina
4:55 pm twitching lip
5:09 pm throbbing head
5:17 pm touched vagina, stabbed the side of head
5:23 pm headache, hurting forehead
6:37 pm head pain
6:38 pm vagina
6:39 pm vagina
6:44 pm vagina
6:46 pm vagina
6:54 pm vagina
6:56 pm chest pain
6:59 pm vagina
7:03 pm vagina
7:05 pm stabbed in the back
7:11 pm right breast pain/chest
7:14 pm stabbed in the back
7:16 pm vagina
7:18 pm right leg poke
7:20 pm bouncing head back and forth
7:39 pm vagina
7:43 pm left ankle pain
7:44 pm vagina
7:45 pm vagina
7:46 pm left headache
7:54 pm vagina
8:13 pm vagina
8:14 pm left arm pain/stabbing, bug crawling in hair
8:19 pm left breast pain, pain in forehead
8:21 pm pain in chest, pain in back
8:25 pm pain in stomach level 6
8:28 pm vagina
8:29 pm vagina
8:57 pm vagina
9:01 pm sinus cavity pain, vagina
9:03 pm vagina
9:06 pm vagina
9:09 pm pain on burn site
9:35 pm vagina

9:38 pm head pain, throbbing back of head,
They spoke near my head and said "You are not sick. You are a good person. We did it to you and you are getting a billion dollars." (AI)
9:41 pm vagina
9:42 pm stabbing in the back of head
9:46 pm stabbing in the back of head
9:49 pm vagina
9:55 pm vagina
9:56 pm vagina
9:57 pm back pain/throbbing, head throbbing, vagina
9:58 pm back pain
9:59 pm stomach pain
10:02 pm spine pain
10:04 pm left buttocks twitch, vagina
10:08 pm vagina, head pressure/pain
10:13 pm stab in my right side
10:14 pm stabs in my right back
10:20 pm vagina
10:22 pm throbbing vagina
10:33 pm severe stomach pain
10:34 pm hurting herniated disc severely
10:39 pm vagina
10:43 pm back pain
10:45 pm vagina
10:46 pm left foot, vagina
10:47 pm vagina twice
10:50 pm left leg pain
11 pm vagina
11:01 pm forehead pain, throbbed and talked through vagina
11:05 pm stomach pain
11:10 pm back pain
11:16 pm throbbing pain in back
11:17 pm left ear drum throbbing
11:19 pm left side of brain pain
11:21 pm back radiating to front
11:23 pm stabbing back
11:25 pm vagina
11:31 pm forehead pain
11:32 pm vagina
11:49 pm poked me in right stomach
11:50 pm right temple
11:54 pm pain in the left side of face and jaw
12 am stabbing in the side of neck
12:05 am back pain
12:06 am vagina
12:07 am stabbed in my right back

DEC 8, 2023
9:03 am right leg pain
9:10 am vagina
9:51 am head pain

10:29am vagina
10:35 am left leg pain
10:37 am right foot, left arm, back, and headache pain
10:56 am headache, left arm
2:45 pm forehead pain
3:17 pm vagina
3:37 pm stabbed on left side of abdomen
3:59 pm vagina
4:09 pm headache/throbbing pain in my forehead
4:23 pm left back stab
4:40 pm stabbed right leg, throbbed
4:45 pm throbbed vagina
4:49 pm vagina
5:55 pm vagina
5:59 pm pain in stomach
6:07 pm pain in back
6:24 pm pain in left leg, twitching in left leg
6:25 pm pain in chest
6:46 pm stomach
6:55 pm right stomach pain
7:02 pm stomach and back pain
7:04 pm left leg twitch, right arm twitch
7:20 pm pain in chest
8:15 pm pain in back
8:16 pm headache
8:27 pm vagina
8:36 pm pain in back
8:59 pm vagina
9:02 pm vagina
11:25 pm headache/pressure on forehead
11:58 pm stab in stomach
11:59 pm head throbbing
12:14 pm chest pressure/pain
12:18 pm stomach
12:18 pm neck pain
12:38 pm head and wrist pain
12:48-12:50 pm bad headache/stabbing in the side of head- level 8
12:52 pm headache pressure
1:53 pm chest pain
1:56 pm vagina
1:59 pm needle in finger
2:21 pm stomach stab
9:12 pm vagina
9:13 pm rib pain
10:21 pm stabbed right breast 13 times
10:24 pm stabbed the side of neck
10:25 pm stabbed breast, stabbed ribs
10:30 pm head pain
10:59 pm forehead pain/headache, stabbed head
11:08 pm stabbed back
11:10 pm headache/stabbing forehead

11:29 pm vagina

Dec 9, 2023
1:55 am abdomen and chest pain, lung area, vagina
2:05 am left arm pain
2:06 am pinching the top of vagina
2:08 am left arm/hand pain
2:31 am pressure on throat
2:33 am vagina
3:13 am headache
3:35 am stabbed right side
3:36 am right hand, headache
4:03 am vagina
4:23 am right leg throb
4:47 am right leg pain
4:56 am left leg, right ankle pain
5:03 am chest, belly pain
5:04 am vagina
7:11 am stabbing left eye

Dec 10, 2023
Anus, breast, arm pain, and crawling in my hair
11:03 am anus
11:04 am bug crawling in hair
11:06 am anus throbbing, left lung
11:51 am breast, right wrist pain
11:54 am uterus pain, breast
2:05 pm breast, stomach pain
2:06 pm left side of head
2:08 pm left breast pain
2:10 pm pinched top of vagina two times
2:11 pm right pain in back
2:12 pm side of face
2:13 pm pain in left breast
2:14 pm back pain
2:42 pm headache/pressure pain, stab in the back of head
2:43 pm stabbed on forehead, pressure on forehead
2:44 pm pressure/headache
2:47 pm headache/stab in the right of brain
2:55 pm left side of brain
5:46 pm losing feeling in arms

Dec 11, 2023
12:47 am stab in back
12:50 am vagina
2:27 am vagina
2:30 am throbbing vagina
10:40 am lung pain, headache
1:23 pm pain in left arm level 7 11 times
3:37 pm headache

3:41 am right leg pain, headache, right arm pinch, throbbing headache on left side
3:42 pm left side headache, back of my head touch, front of head
3:43 pm left side of brain, headache
3:44 pm left side headache, right breast pain
3:44 pm headache, left side of brain headache
5:04 pm left headache
5:13 pm stomach stabbing
5:15 pm headache
5:19 pm right breast
5:20 pm left forehead pain
5:25 pm headache
5:26 pm back pain near neck and lung
5:27 pm lung pain
5:30 - 5:31 pm vagina
5:50 pm right hand
5:52 pm left side forehead headache
5:53 pm left side headache
6:26 pm headache
6:28 pm right leg pain
6:28 pm left headache
6:29 pm left hip pain
6:30 pm headache, back pain
6:30 pm right arm pain
6:32 pm right forehead pain
6:33 pm left headache
6:34 pm left arm pain, right leg pain
6:35 pm right buttcheck twitch
6:46 pm both arms
6:50 pm right leg poke
6:59 pm left leg pain, forehead pain
7 pm headache
7:06 pm headache
7:08 pm spine pain
7:09 pm right elbow pain
7:10 pm right leg pain
7:11 pm left shoulder pain
7:18 pm left finger
7:19 pm left finger, back pain, right wrist pain
7:26 pm right arm pain, left forehead pain
8 pm forehead
8:02 pm left pin needles in arm
8:03 pm forehead, vagina, forehead, uterus
8:04 pm vagina
8:08 pm neck pain, forehead
8:09 pm forehead pressure
8:15 pm head pain, right breast
8:16 pm right leg hip pain, left shoulder
8:18 pm left hand
8:19 pm right leg, forehead
8:20 pm breast pain
8:21 pm right arm pain

8:25 pm back pain
8:30 pm vagina
8:32 pm left finger
8:55 pm right arm pain
9:30 pm left arm
9:56 pm stab in the back, left rib
10:13 pm left food pain
10:15 pm pain in front teeth, pain in back, poking, stabbing
10:16 pm stabbing in back and breast
10:17 pm vagina
10:26 pm left arm pain
10:30 pm left arm
10:13 pm my foot
10:40 pm right breast, left breast arm pit, left shoulder
11:47 pm spine pain, leg pain, left wrist pain
11:49 pm left wrist pain
11:50 pm forehead headache pain
12 pm left arm pain, back pain

Dec 12, 2023
12:01 am neck pain
12:59 am right breast
1:13 am left neck pin needle
1:40 am right neck pain
2:46 am anus
3:02 am right stab in stomach
3:36 am headache
3:50 am stab in right leg
3:53 am left stab in brain
3:58 am stabbing me in right back
4:03 am right arm pain
4:04 am left forehead pain
4:05 am right arm pinch/stab
6:19 pm left leg pain
6:25 pm stabbed hard in right side
6:26 pm teeth pain
7:01 pm pin needle in left foot
11:09 pm right arm pain, right side stab
11:11 pm headache
11:12 pm teeth hurt
11:14 pm right finger prick
11:15 pm vagina

Dec 13, 2023
9:10 am vagina
9:25 am vagina stabbing
9:29 am stabbed in my right leg, poked right leg
9:31 am left forehead pain, right leg stab
9:32 am left head headache
9:34 am right leg pain
12:38 pm right leg pressure

12:58 pm right foot pain
1:02 pm left rib pain
1:26 pm vagina
1:33 pm pain in the back of neck
1:54 pm vagina moving
2:12 pm hurt right arm near elbow
2:22 pm back stab
2:26 pm headache
2:29 pm headache
2:41 pm right arm pain
3:09 pm pressure on my chest
3:11 pm lip moving
3:12 pm vagina
3:16 pm right arm pain
3:24 pm headache
3:26 pm right leg, headache pain
3:26 pm right leg stab
3:29 pm vagina, arm pain
3:50 pm vagina
3:50 pm stomach pain
3:56 pm vagina
4:25 pm left tooth pain
4:30 pm right forehead pain
4:31 pm left tooth pain
4:45 pm left tooth pain
4:52 pm fingers
4:56 pm left forehead
5:08 pm bugs crawling on head
5:14 pm forearm pain
5:18 pm left arm pinch
5:23 pm left stomach pinch
5:27 pm forehead stabbing
5:34 pm right back pain
5:38 pm left arm pain
5:46 pm right foot pain
5:49 pm stabbed left side of head
6:15 pm bottom teeth pain
6:18 pm right foot, right arm
6:19 pm forehead pain
6:21 pm forehead pain and stabbing
6:39 pm forehead pain
6:40 pm left arm prick
6:49 pm vagina
6:55 pm stomach pain, needle in back
7:07 pm vagina
7:10 pm right arm pain
7:11 pm left butt cheek, anus
7:23 pm tingling vagina and anus area
7:29 pm right arm sting
7:30 pm right arm pain
7:33 pm headache pain

8:30 pm stomach pain
8:41 pm forehead pain
8:42 pm stabbing head, teeth pain
8:45 pm head pain
8:47 pm right leg twitching
8:48 pm vagina
8:50 pm left side of neck pain
9:09 pm vagina
9:18 pm stomach pain
9:29 pm vagina
9:31 pm tooth pain
10:15 pm vagina
10:17 pm pin needles in upper back/neck
10:18 pm left eye pain throbbing
10:20 pm dog whistle noise, crushing pressure on head

DEC 14, 2023
pressure/hurting cervix area constant
8:33 am hurting cervix, pin needle in back, left foot
8:35 am neck pain
11:07 am neck pain
11:11 am back pain/stab
11:24 am right arm pain
11:29 am left hand pain
11:34 am left jugular vein pain
11:52 am left stab in back
11:56 am left wrist pain
12:27 pm shaking back
12:33 pm right arm pin needle
12:53 pm shuddering, shaking my house
1:19 pm right side forehead
1:21 pm left side of neck
1:47 pm right stab in rib
1:56 pm stabbing in the left side of head
2:01 pm back stab
2:03 pm stab in right back
2:07 pm left forehead stab/headache
2:14 pm right stab on my right side of head
2:16 pm shaking back
3:06 pm right arm pain
3:17 pm right foot pain, pain on left lung
3:37 pm left lung pain
3:42 pm headache, right neck pain
4 pm left arm pain
4:05 pm right nipple pinch
4:05 pm teeth pain
4:19 pm right wrist pain
4:21 pm left side headache/pressure
4:30 pm prick on my right shoulder
4:48 pm pain in left arm
4:49 pm pain on shoulder

4:52 pm pain in the left side of back
4:56 pm right buttcheck twitch
6:29 pm forehead pain, nipple pain
6:31 pm left arm pain
8:46 pm vagina
9:33 pm right arm pain
9:34 pm vagina


Dec 15, 2023
3:18 pm left arm pain
5:19 pm forehead pain, headache
6:08 pm breast
6:11 pm right foot pain
6:12 pm left foot sting
6:20 pm left leg pain
6:29 pm stabbing back
6:31 pm stomach pain near belly button
6:37 pm right leg pain
6:55 pm front teeth pain
7:08 pm stab in back
7:10 pm forehead pain, left rib pain
7:16 pm right side of back
7:17 pm right rib hurts
7:41 pm bugs crawling in hair
7:43 pm left tooth pain
7:46 pm forehead pain
7:52 pm right knee pain
7:56 pm stabbing in brain level 9
8:44 pm left hand prick
8:47 pm left brain pain
9:13 pm left lung poke/ stab
9:29 pm right leg poke
9:31 pm right finger pain
9:36 pm right foot stab/pain
9:37 pm vagina
10:30 pm left finger poke
10:32 pm right jab in my right side of face
11:06 pm left arm vein pain
11:07 pm left brain pain
11:12 pm left hand pain
11:26 pm back pain
11:31 pm left finger pain
11:40 pm left forehead pain
11:41 pm left side of forehead
12:06 pm left arm pain
12:12 pm left side headache


Dec 16, 2023
12:16 am stinging anus
12:40 am right leg thigh pain

12:56 am left leg pain
1:04 am pin needle in the left side of my brain, right finger pain
1:07 am left arm pain
1:26 am headache/pin needles
1:33 am right stab in arm
1:44 am pain in right shoulder blade
1:54 am stab in stomach
1:56 am stab in left leg
2:02 am stinging my anus
2:24 am right leg pain
2:30 am pain in left leg
3:05 am pin needle in my right hip
3:09 am headache
3:11 am stomach pressure, right ankle pain
3:13 am pressure headache
4:09 am right leg pain
4:25 am headache
4:37 am right leg stabbed
4:48 am slab in my left arm
6:43 am right finger pain
7:16 am nipple pain, headache prick
8:45 am left arm pain
7:45 pm stab in stomach

December 17, 2023
12:06 am right leg pressure
12:12 am right wrist pain
11:06 am nipple
11:07 am hurt right finger, left jugular vein pain, pin needle in right rib
3:39 pm forehead pressure
3:46 pm left pressure on collar bone
5:41 pm pain in right neck
5:46 pm right leg pain
6:53 pm left jugular vein pressure
7:04 pm left tooth pain
7:31 pm prick in back
7:36 pm left foot toe pain
8:22 pm pressure headache
8:26 pm poked me in back, headache
8:27 pm pain in right toes
8:29 pm twitched my biceps
9:15 pm forehead pain
9:17 pm forehead pain on left side
9:19 pm forehead pain
9:20 pm left arm pain
9:43 pm left breast pain
9:49 pm teeth pain
9:50 pm stab in left rib
10:28 pm teeth pain
10:30 pm pain in back of neck
10:42 pm right arm pain

10:50 pm forehead pressure
11:04 pm sting on my right arm
11:10 pm pricked my hair
11:33 pm left tooth pain
11:38 pm poking my back/left shoulder
11:57 pm left shoulder pain
12:09 am pin needles in left leg
12:16 am vagina
1:04 am right breast pain
1:16 am stabbed in left side of stomach
1:28 am right side of my head-pressure headache
2:04 am bugs crawling in head
2:31 am throbbing anus
3:16 am right hand pain
3:16 am bug crawling on head
3:20 am pin needles in right foot
3:23 am popped left ear drum
4:02 am pinched top of vagina
4:13 am left leg hurts
4:18 am right nipple squeezed
4:45 am bugs crawling in hair
4:53 am left breast pain
6:52 am left breast pain
7:24 am left ear drum
7:37 am right arm pain
7:38 am forehead pressure, right arm pain
7:39 am left side forehead pain
7:45 am left side of my forehead pain
7:49 am left tooth pain
7:57 am vagina
8:08 am right forehead pressure
8:41 am right arm pain
5:30 pm arm pain
5:51 pm right buttock twitch
6:37 pm right leg twitch, left breast
7:35 pm left arm pain
9:48 pm headache
9:50 pm right arm pain
11:47 pm left tooth pain

Dec 18, 2023
12:45 am left breast pain
12:52 am left breast pain
12:53 am left forehead pressure
1:55 am right finger pain, right foot pain, forehead headache
10:06 am right arm/elbow pain/stabbing
11:10 am right side forehead pain
11:31 am left finger pain
11:42 am right thumb tingles/talking through it thumb
12:23 pm right head forehead pressure
5:05 pm stab in left side of back

6:31 pm left breast pain
7:31 pm left forehead pain
7:45 pm hurting my heart
7:46 pm hurting my vagina
9:33 pm stab in left ribs 5 times
10:10 pm right stab in right head
2:53 am left arm
5:18 am left forehead head pain
5:30 pm stabbed chest
5:47 pm right breast pain, left rib pain
6:19 pm right breast pain, right leg pain needle
6:22 pm right arm needle
6:27 pm left breast pain
10:08 pm stabbed left leg, stabbed neck
1:22 pm right hand pain
1:34 pm right stab in my back
2:01 pm forehead headache
2:10 pm breast pain
2:35 pm twitching my left nostril
2:37 pm left eardrum pain
3:04 pm stab in my left arm
3:05 pm left eye twitch
3:08 pm left leg poke
3:09 pm left arm hurts
3:13 pm right arm pain
3:37 pm pain in my right breast
5:05 pm forehead pain
6:02 pm left leg twitch
6:25 pm breast pain
7:24 pm right foot pain
7:39 pm left rib hurts
7:46 pm pain in left rib
8:56 pm right buttock twitch
8:59 pm throat pain
9:10 pm abdomen pain, vagina
9:51 pm stabbing stomach
10:05 pm right leg pain
10:08 pm vagina, right arm pain
10:23 pm touched near my anus
10:32 pm left stab in ribs, left breast pain
10:33 pm left hand pain
10:39 pm stab in stomach
10:41 pm rib poke, vagina, butt poke
11;09 pm squeezing my "heart"
11:43 pm stabbed in my chest hard, left ankle sting
1:45 am left leg sting, leg neck pain
9:44 am back pain
9:46 am left temple headache stabbing
10:05 am right arm pain, left foot stab
12:19 pm right finger pain
12:57 pm left nipple pain

1:08 pm right foot pain
1:33 pm stabbed in left stomach
2:21 pm left jugular vein pain
2:24 pm back pain
4:03 pm stabbing back
7:39 pm left foot pain
7:49 pm pinching vagina
8:11 pm left jugular vein
8:20 pm stabbed in heart, right side of neck
9:25 pm stabbed me in neck
9:47 pm right breast pain
10:53 pm right stab in stomach, left shoulder jab
11:08 pm stabbed right side
11:22 pm left headache/stabbing
12:51 am anus
1:53 am left jugular vein
1:59 am right arm pain
2:02 am left jugular vein pain
3:03 am right nipple hurts
4:39 am touched my clit
4:44 am stabbed my stomach
7:51 am stabbing in stomach
11:26 pm stabbed stomach
12:43 am right nipple pain
1:45 am chest pain
1:48 am teeth pain
2:45 am vagina sensation
8:13 28 stabs in left lower stomach
10:22 am stabbed in right toe, forehead pain, and back stab
10:26 am forehead pain
12:52 pm right arm pain
2:49 pm right arm pain
2:54 pm headache pain
2:59 pm stab in my back
5:31 pm stabbed on right side of neck
6:14 pm stabbed stomach
6:18 pm stabbed right leg
6:22 pm stabbed stomach
6:35 pm stabbed head/nose
9:56 pm headache pain
10:47 pm heart hurts
10:49 pm head pain
10:51 pm neck pain
2:00 am left buttcheck
2:01 am stabbing right ribs
2:46 am right leg pain
3:58 am sting on my right butt cheek that felt like a bee sting
4:33 am left and right arm pain
5:59 am right hip stab
7:33 am stabbing in my left rib
8:53 am neck pain

8:59 am neck pain
9:03 am constant neck and headache pain
9:43 am headache pain twisting
12:11 pm vagina pain
8:40 am stabbed in the right side of my head
5:19 pm stabbed me in my right neck
6:06 pm stabbing my forehead
9:42 pm right side headache
11:24 pm left ankle pain bad
12:10 pm right breast pain, left headache pain
12:51 pm headache hurts
2:16 am forehead pain
2:55 am headache pain
2:59 am right leg pain
3:15 am breast pain, right leg pain
3:16 am vagina, right leg pain
3:57 am left eye twitch
5:47 am vagina
7:53 am vagina
7:57 am stomach pain
8:32 am Back pain
3:28 am vagina

Dec 29, 2023
Touched my vagina multiple times, hurt my neck constantly, gave me a headache
11:40 pm stabbing right lower stomach multiple times
2:03 am burning my vagina
3:40 am left back stab
3:57 am pain in my uterus area
4:12 am belly pain
4:13 am belly pain
6:44 am touching vagina and clit
6:54 am chest pain
7:49 am stomach pain
7:50 am stabbing back
11:09 am finger pain/throbbing
7:05 pm right forehead headache

Jan 1, 2024
1:05 am headache pain, heart pain
6:47 am right leg pain
6:52 am left arm pain
1:09 pm touched vagina
1:12 pm left arm pain
3:15 pm right headache pain
5:47 pm stabbed right rib

Jan 3, 2024
8:32 am headache pressure
5:19 pm throbbing pressure on temples

5:23 pm touched anus
5:30 pm right breast pain
5:41 pm bugs crawling in my hair
6:20 pm butt sensation
9:01 pm butt bone pain

Jan 5, 2024
9:01 am left neck pain severe
12:08 pm right back pressure
12:18 pm stab in my right back
1 pm right foot pain
2:56 pm stab in my left arm
3:04 pm twitching right leg calf

Jan 7, 2024
3:55 pm stabbed on left side of forehead
7:38 pm left side forehead pain
7:46 pm stabbing head
8:38 pm stab right arm, forehead headache, neck pain
8:51 pm stabbed back
9:34 pm breast pain
10:08 pm chest pain

Jan 8, 2024
12:12 pm right arm pain
2:06 am touched back
4:46 am right stab in head
6:33 am left tooth pain
6:39 am stomach stabbing
11:01 pm forehead pain
11:36 pm left arm stab, forehead pain/stabbing headache

Jan 9, 2024
8:26 am stabbing/radiating pain in forehead
5:35 pm left neck artery pain
10:31 uterus stabbing

Jan 11.
6pm left arm pain, headache

Jan 12, 2024
6:48 poked belly, stung vagina area

Jan 13, 2024
2:30 am hurt my right leg
4:08 am stabbed back of head
4:22 am stabbing the right side of stomach
10:25 pm sinus pressure, headache, neck pain
10:29 pm stabbed in the back of head, and on left big toe
5:16 pm stabbing right boob

11:25 am shaking my house
11:53 am neck pain, headache
2:42 pm headache pressure
6:23 pm headache pressure/stabbing left side of brain
7:01 pm neck pain
8:56 pm headache
12:03 am anus poking
4:08 am stabbing in stomach multiple times
4:18 am hurting my tooth
4:33 am stabbed me in my stomach

Jan 17, 2024
8:53 am stabbing multiple times in back
12:27 pm stabbing in my right leg and hip, stomach pain

Jan 17, 24
7:27 pm hurting left breast
7:45 pm left arm pain/stabbing

Jan 18, 2024
6:24 am pinched vagina
8:18 pm stabbing left arm

Jan 20, 2024
9:16 pm sinus pressure in my forehead

Jan 21, 2024
7:21 pm stabbing left arm
8 pm stabbing in right stomach

Jan 22, 2024
1:29 pm vision having half blurry white spots
1:36 pm headache pressure
3:23 pm headache pressure
3:49 pm headache pressure

Jan 23, 2024
6:07 pm stabbed me in the back of my head 5 times

Jan 24, 2024
10:33 am headache pressure throbbing pain
11:35 am throbbing headache pain
12:35 pounding headache pain
5:17 pm stabbing forehead
6:21 pm forehead stabbing

Jan 27, 2024
1:17 am stabbed forehead
1:19 am right arm pain

Jan 29th
2:43 pm temple pain
7:06 pm stabbing me in the back

Feb 1 2024
12:52 am stabbed me in the forehead

Feb 2, 2024
2:35 am left breast pain
6:48 am touched my hair, stabbing needle feeling in my left knuckle
6:57 am stabbing my left arm, headache pain stabbing

Feb 3, 2024
7:23 am headache on left side of head

Feb 6, 2024
Headache all day, vision light spots with moving blurs
Stabbing in my left temple
Vagina pulse
10:29 pm Toes stabbing

Feb 7, 2024
3:14 pm stabbing my left shoulder multiple times

Feb 8, 2024
3:53 pm zapping, stinging my left breast eleven times

Feb 11, 2024
6:40 pm stabbing me in my head

Feb 14, 2024
10:26 am pain in my left breast
1:30 pm left temple pain

Feb 15, 2024
7:02 pm stabbing me beside my spine multiple times
7:03 pm stabbing me in my chest, left arm pain

Feb 18, 2024
Twitched my left butt cheek
Stabbed me multiple times in my legs
2:33 am throbbing my anal area repeatedly
2:34 am stabbed me on my right leg

Feb 19, 2024
Today they touched me multiple times, stabbed the left side of my temple and felt like they were
drilling a circle in it. They touched my vagina.

Feb 21, 2024
12:19 pm hurting my vagina

1:23 pm "lightening crotch" in my vagina, pinched my vagina
10:35 pm pen needle stab on my left leg, pain in my left abdomen

Feb 23, 2024
11:57 am hurting both of my breasts

Feb 24, 2024
They made me feel like I was going to pass out, gave me tingling all over my body, touched my butthole, and said a billion in my anus.

March 6, 2024
3:05 am pressure headache

March 9, 2023
Stabbing my head really painful to the point of me screaming

March 11, 2024
12:20 pm touching my vagina multiple times
12:23 pm poking my left rib
1:03 pm poking my right rib
3:51 pm touched my vagina
7:30 pm stabbed me in the left side of head
8:31 pm sensation of being shot in stomach
11:07 pm stabbing in the left head
11:10 pm right eye stabbing
4:41 pm pinching my left nipple
U6:01 pm spider crawling in my left ear drum
7:53 pm stabbed in my right rib

March 13, 2024
3:40 am touched my butthole
8:56 am vagina multiple times

March 14, 2024
7:25 pm nipple pinching 5 times
11:26 pm pinching my nipples
3:11 pm stung my anus

March 21, 2024
3:38 am stabbing my right eye
5:01 am right nipple sting, pain

March 22, 2024
Touched my vagina multiple times

March 23, 2024
10:30 am touched vagina
10:43 am right nipple stinging

March 24, 2024

12:41 am touching my vagina
11:22 pm touching my vagina multiple times

March 26, 2024
3:13 pm touched my vagina

March 27, 2024
12:47 am headache stabbing on left side of my head

March 29, 2024
7:17 pm hurting my front teeth

March 30, 2024
4:56 pm head stabbing like a knife

March 31, 2024
12:48 am head stabbing, talking through my vagina, touching my vagina
9:50 pm stabbing my head

April 1, 2024
Touched my vagina, crawling on my butt crack, touching my nipple, hurting my legs all day like
growing pains
11:39 pm leg twisting about to give out severe pain touched my vagina
** Kept me up all night without sleep hurting my legs and arms and twisting my legs muscle
where it felt like my leg was giving out, SEVERE pain**

April 3, 2024
7:40 am touched my vagina

April 6, 2024
2:46 pm white blurry vision with a headache
Touched my anus

April 13, 2024
Gave me back pain
Made me see things that were not there

April 14, 2024
Back pain, lung stabbing, headache stabs, arm numbness, pricking my finger, toe pricks

April 13 - April 18, 2024
Constant back pain
Touched my vagina multiple times on April 17, 2024

April 18, 2024
Touched my vagina
Gave me tingles down my neck and pain in my shoulder
Back pain

I have not documented most days but this kind of torture that you see documented happens daily. From May 2023 to present day November 2024.

3. The AI technology has violated the Plaintiff's privacy and Constitutional rights. The AI technology has played Mary Johnston's thoughts and voice to other citizens of the United States since May 2023. This puts her and her child at risk for danger and it has damaged her reputation.
4. The AI technology has defamed Mary Johnston's character and reputation. At the beginning of May 2023, while under the effects of truth-serum, the Plaintiff was accused of molesting children. The AI voice began accusing Mary Johnston of fingering and wanting to finger her child, wanting a child to perform oral sex on her, masturbating in front of her child, and that Mary Johnston had gotten a child to grab her nipple. The AI voice began to call Mary Johnston a child molester and tried to manipulate her memory and add horrible memories. The citizens or some of the citizens of the United States were able to hear my voice while they were doing this which defamed my character.
5. The AI that the Office of the Director of National Intelligence altered my memory.
6. The Office of the Director of National Intelligence or the agencies it oversees has cause the Plaintiff outstanding emotional distress.